

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 7/25/2023

**Kevin John Keener**
Keener and Associates, P.C.
161 N Clark St
Suite 1600
Chicago, IL 60601

Re: Jin Gao v. The Partnerships and Unincorporated Associations identified in Schedule A
USDC Case Number: 23cv4799

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.
The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

> Sincerely,
> Thomas G. Bruton, Clerk
> By: /s/N. Finley-Rhodes
> Deputy Clerk

Rev. 11/18/2016